**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-10336 |
| Plaintiff - Appellee, | D.C. No. 1:10-cr-00252-LJO |
| v. | |
| JOSE ABEL ESTRADA-AMBRIZ, a.k.a. Jose Abel Ambriz Estrada, a.k.a. Jose Abel Ruiz, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Eastern District of California
Lawrence J. O'Neill, District Judge, Presiding

Submitted June 26, 2012[**]

Before:     SCHROEDER, HAWKINS, and GOULD, Circuit Judges.

Jose Abel Estrada-Ambriz appeals from his guilty-plea conviction and

37-month sentence for being a deported alien found in the United States, in

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

violation of 8 U.S.C. § 1326.  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Estrada-Ambriz's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record.  Estrada-Ambriz has filed a pro se supplemental brief.  No answering brief has been filed.

Estrada-Ambriz filed a pro se notice of appeal over nine months after the district court entered judgement.  Accordingly, we dismiss this appeal as untimely. *See* Fed. R. App. P. 4(b)(1)(A)(i).

Counsel's motion to withdraw is **GRANTED**.

**DISMISSED**.